PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA KISSEL, an individual,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation and DOES 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-8561-AB-AGR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

　　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Victoria Kissel voluntarily dismisses without prejudice this action against Churchill Downs Incorporated. Defendant has not yet filed or served a response to Plaintiff's Complaint.

Dated: December 14, 2016　　　　PACIFIC TRIAL ATTORNEYS, APC

　　　　　　　　　　　　　　　　By: */s/ Scott J. Ferrell*
　　　　　　　　　　　　　　　　Scott. J. Ferrell
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2016, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(I)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell*

Scott J. Ferrell